# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**ALEXIS LEAH FREEMAN GIBSON**　　　　　　　　　　　　　　**PLAINTIFF**

NO.　　5:23-cv-05118-TLB

**CONSUMER TESTING LABORATORIES, INC., et al**　　　　　**DEFENDANTS**

## CLERK'S ORDER OF DISMISSAL

On this 4th day of October 2023, the Parties herein having filed a Stipulation of Dismissal of Defendant Melissa Metcalfe (ECF 96) pursuant to Rule 41(a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's complaint be, and hereby is, dismissed without prejudice as to Defendant Melissa Metcalfe.

　　　　　　　　　　　　　　　　　AT THE DIRECTION OF THE COURT

　　　　　　　　　　　　　　　　　RONALD E. DOWLING, CLERK

　　　　　　　　　　　　　　　　　BY: /s/ B. Bell
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

