# EXHIBIT A

# UNDER SEAL