# EXHIBIT B

# UNDER SEAL