# EXHIBIT C

# UNDER SEAL