# EXHIBIT D

# UNDER SEAL