EXHIBIT E

UNDER SEAL