EXHIBIT F

UNDER SEAL