# EXHIBIT G

# UNDER SEAL