# EXHIBIT I

# UNDER SEAL