EXHIBIT J

UNDER SEAL