IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ALEXIS LEAH FREEMAN GIBSON as
Ancillary Personal Representative of
The ESTATE OF WYATT GARY
GIBSON, Deceased and ALL
WRONGFUL DEATH
BENEFICIARIES                                                                    Plaintiff

vs.                            NO. 5:23-cv-5118-TLB

UL VERIFICATION SERVICES INC.,
EARTHBOUND LICENSING, LLC
EARTHBOUND, LLC, EARTHBOUND
PW LLC, ROBERT BURGESS d/b/a
BURGESS GROUP a/k/a Bob
BURGESS AND ASSOCIATES,
MANE USA, INC., GALA NORTH AMERICA, INC.,
and JOHN DOES 1-10                                                               Defendants

**STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF
UL'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 56.1, defendant UL Verification Services, Inc.[1] ("UL") state that the following facts are not subject to a genuine dispute and are the only facts material to the resolution of this matter:

1. The "Subject Aromatherapy Product" is a "Better Homes and Gardens Essential Oil Infused Aromatherapy Room Spray with Gemstones, Lavender & Chamomile" that the decedent's parents allegedly purchased from a Walmart store

---

[1] By text order dated October 3, 2023 (Doc. 95), separate defendant Consumer Testing Laboratories, Inc. was dismissed, without prejudice, as a defendant herein, due to the fact that entity was merged into UL Verification Services Inc. in 2019. To the extent Consumer Testing Laboratories, Inc. remained in this case, the facts asserted herein apply equally to that former defendant.

located in or near Calhoun, Georgia, in early 2021.  (Doc. 56, First Am. Compl. ¶ 35).

2. Plaintiff alleges that the Subject Aromatherapy Product was "contaminated with *Burkholderia psuedomallei*." (*Id.* ¶ 86).

3. Plaintiff alleges that the decedent's cause of death was disseminated melioidosis due to a *Burkholderia pseudomallei* infection that the decedent acquired from exposure to the Subject Aromatherapy Product in his home in Georgia. (*Id.* ¶¶ 65, 69).

4. UL was not, and is not alleged to have been, a supplier, manufacturer, retailer, wholesaler, distributor, vendor, or seller of the Subject Aromatherapy Product. (*Id.* ¶ 91).

5. ███████████████████████████████████████████████████████████████

6. ███████████████████████████████████████████████████████████████

7. ███████████████████████████████████

1. ███████████████████████████████████████████████████████████████

2. 

3.

\*\*\*

13. 

(emphasis supplied).

8. ███

9. ███

10. ███

11. ███

12. ████████████████████████████████

████████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████

████████████████████████████████

13. ████████████████████████████████

████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████

14. ████████████████████████████

████████████████████████████

███████████████████████████████████

15. ███████████████████████████████
███████████████████████████████████
███████████████████████████████████
███████████████████████████████████
████████████████

16. ███████████████████████████████
███████████████████████████████████
██████████

17. ███████████████████████████████
███████████████████████████████████
███████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

    18. ████████████████████████████████

██████████████████████████████████████

█████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████
██

        ████████████████████████████████
██

            ████████████████████████████

                ████████████████████████

                ████████████████████████

                █████████

            ████████████████████████████

                ████████████████████████

                █████████

            ████████████████████████████

                ████████████████████████

                ████████████████



20.

Respectfully submitted,
Michelle L. Browning
Bar Number 98146
Jeffrey L. Singleton
Bar Number 98175
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, Arkansas 72201-3699
(501) 371-0808; FAX: (501) 376-9442
E-MAIL: mbrowning@wlj.com;
jsingleton@wlj.com

*Attorneys for Separate Defendant,*
*UL Verification Services Inc.*