IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| ALEXIS LEAH FREEMAN GIBSON as Ancillary Personal Representative of the ESTATE OF WYATT GARY GIBSON, Deceased and ALL WRONGFUL DEATH BENEFICIARIES,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CONSUMER TESTING LABORATORIES, INC., UL VERIFICATION SERVICES, INC., EARTHBOUND LICENSING, LLC, EARTHBOUND, LLC, EARTHBOUND PW LLC, ROBERT BURGESS d/b/a BURGESS GROUP a/k/a BOB BURGESS AND ASSOCIATES, MELISSA METCALFE, MANE USA, INC., GALA NORTH AMERICA, INC., and JOHN DOES 1-10,<br><br>　　　　　　　　　Defendants. | Case No. 5:23cv5118-TLB<br><br>Complaint Filed: July 12, 2023 |

## PLAINTIFFS' NOTICE OF NON-OPPOSITION TO UL'S MOTION FOR SUMMARY JUDGMENT

ALEXIS LEAH FREEMAN GIBSON as Ancillary Personal Representative of the ESTATE OF WYATT GARY GIBSON, Deceased and ALL WRONGFUL DEATH BENEFICIARIES ("Plaintiffs"), by and through undersigned counsel, hereby give notice that Plaintiffs do not oppose the granting of UL Verification Services, Inc.'s ("UL") Motion for Summary Judgment (Doc. 101).

Dated: October 23, 2023　　　　　/s/ M. Alan Holcomb
　　　　　　　　　　　　　　　　Bill D. Reynolds (State Bar No. 92021)
　　　　　　　　　　　　　　　　breynolds@caddellreynolds.com

[1]

**CADDELL REYNOLDS LAW FIRM**
122 N 11th St
Fort Smith, AR 72901
Telephone: (479) 782-5297
Facsimile: (479) 782-5184

M. Alan Holcomb (admitted *pro hac vice*)
aholcomb@turnbullfirm.com
Ashley Mitchell (admitted *pro hac vice*)
amitchell@turnbullfirm.com
Max Rubinson (admitted *pro hac vice*)
mrubinson@turnbullfirm.com
**TURNBULL, HOLCOMB & LEMOINE, PC**
945 East Paces Ferry Rd NE
Atlanta, GA 30326
Telephone: (404) 793-2566
Facsimile: (404) 348-4260

*Attorneys for Plaintiffs*

[2]

## CERTIFICATE OF SERVICE

I, M. Alan Holcomb, certify and declare as follows:

1. I am over the age of 18 and not a party to this action.

2. My business address is 945 East Paces Ferry Rd NE, Atlanta, GA 30326.

3. On October 23, 2023, I electronically filed the **PLAINTIFFS' NOTICE OF NON-OPPOSITION TO UL'S MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court for the United States District Court for the Western District of Arkansas by using the Court's CM/ECF System.

4. Participants in this case who are registered CM/ECF users will be served by the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This 23rd day of October, 2023.

                                                     */s/ M. Alan Holcomb*
                                                   M. Alan Holcomb