IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| ALEXIS LEAH FREEMAN GIBSON as Ancillary Personal Representative of the ESTATE OF WYATT GARY GIBSON, Deceased and ALL WRONGFUL DEATH BENEFICIARIES, <br><br>       Plaintiffs,<br><br> vs.<br><br>CONSUMER TESTING LABORATORIES, INC., UL VERIFICATION SERVICES, INC., EARTHBOUND LICENSING, LLC, EARTHBOUND, LLC, EARTHBOUND PW LLC, ROBERT BURGESS d/b/a BURGESS GROUP a/k/a BOB BURGESS AND ASSOCIATES, MELISSA METCALFE, MANE USA, INC., GALA NORTH AMERICA, INC., and JOHN DOES 1-10,<br><br>       Defendants. | Case No. 5:23cv5118-TLB <br><br> Complaint Filed: July 12, 2023 |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY TO GALA NORTH AMERICA INC.'S MOTION TO DISMISS AND MOTION TO STRIKE PLAINTIFFS' FIRST AMENDED COMPLAINT**

 COME NOW ALEXIS LEAH FREEMAN GIBSON as Ancillary Personal Representative of the ESTATE OF WYATT GARY GIBSON, Deceased and ALL WRONGFUL DEATH BENEFICIARIES ("Plaintiffs"), by and through undersigned counsel, and for its Motion for Leave state as follows:

 1. On September 5, 2023, Gala North America Inc. ("Gala") filed its Motion to Dismiss and Motion to Strike Plaintiffs' First Amended Complaint ("Motion to Dismiss") (Docs. 65-66).

2. On September 19, 2023, Plaintiffs filed their Opposition to Gala's Motion to Dismiss (Doc. 78).

3. On September 28, the Court granted Gala leave to file a Reply in support of its Motion to Dismiss, and Gala filed its Reply and a supporting declaration from its corporate representative (Docs. 89, 90).

4. At the September 28 Case Management Hearing, the Court heard argument on Gala's Motion to Dismiss and instructed all parties to confer on an agreed transfer of this action to the Central District of California.

5. On October 30, the parties filed their Joint Status Report regarding the parties' positions on a potential transfer to the Central District of California pursuant to the Court's October 3, 2023 text order (Docs. 94, 105).

6. As of the date of this Motion for Leave, less than all parties have consented to transfer of this action to the Central District of California, and Gala's Motion to Dismiss remains pending.

7. Plaintiffs now respectfully request leave to file a sur-reply in order to provide the Court with additional evidence which will assist the Court in resolving the issues raised in the briefing on Gala's Motion to Dismiss. That evidence includes a contract produced by Defendant Robert Burgess d/b/a Burgess Group a/k/a Bob Burgess and Associates ("Burgess Group") on October 16, 2023 as part of Burgess Group's Supplemental Initial Disclosures. That evidence also includes emails and

documents that were designated "confidential" when produced by non-parties Flora Classique, Inc. ("Flora") and Walmart Inc. ("Walmart") in the related California action, and which are therefore protected from disclosure to this Court under the California protective order.[1] Plaintiffs have conferred with Flora and Walmart, and Flora (on October 12, 2023) and Walmart (on October 16, 2023) consented to the filing of those emails and documents in this Court under seal to the extent the Court permits Plaintiffs to file their proposed sur-reply.

8. The filing of a sur-reply will not unnecessarily delay proceedings in this action and will assist the Court in resolving the issues raised in the briefing by allowing the Court to consider the evidence described above.

9. Plaintiffs' proposed Sur-Reply is attached hereto as Exhibit A.

10. Should the Court grant this Motion for Leave, Plaintiffs will separately file their proposed Sur-Reply and the evidence described above as exhibits thereto.

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully request leave to file the Sur-Reply attached hereto as Exhibit A, together with the evidence described above, and any other proper relief.

*[signature on following page]*

---

[1] Under the California protective order, "[a] Receiving Party may use Protected Material that is disclosed or produced by another Party or by a Non-Party in connection with th[e California] Action only for prosecuting, defending, or attempting to settle th[e California] Action." *Gibson v. Walmart Inc., et al.*, No. 5:22-cv-00238, Doc. 68 at ¶ 7.1 (C.D. Cal. Jan. 20, 2023) (attached hereto as Exhibit B).

[3]

| | |
|---|---|
| Dated: November 1, 2023 | */s/ M. Alan Holcomb* <br> Bill D. Reynolds (State Bar No. 92021) <br> breynolds@caddellreynolds.com <br> **CADDELL REYNOLDS LAW FIRM** <br> 122 N 11th St <br> Fort Smith, AR 72901 <br> Telephone: (479) 782-5297 <br> Facsimile: (479) 782-5184 <br> <br> M. Alan Holcomb (admitted *pro hac vice*) <br> aholcomb@turnbullfirm.com <br> Ashley Mitchell (admitted *pro hac vice*) <br> amitchell@turnbullfirm.com <br> Max Rubinson (admitted *pro hac vice*) <br> mrubinson@turnbullfirm.com <br> **TURNBULL, HOLCOMB & LEMOINE, PC** <br> 945 East Paces Ferry Rd NE <br> Atlanta, GA 30326 <br> Telephone: (404) 793-2566 <br> Facsimile: (404) 348-4260 <br> <br> *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I, M. Alan Holcomb, certify and declare as follows:

1. I am over the age of 18 and not a party to this action.

2. My business address is 945 East Paces Ferry Rd NE, Atlanta, GA 30326.

3. On November 1, 2023, I electronically filed the **PLAINTIFFS' MOTION FOR LEAVE TO FILE SUR-REPLY TO GALA NORTH AMERICA INC.'S MOTION TO DISMISS AND MOTION TO STRIKE PLAINTIFFS' FIRST AMENDED COMPLAINT** with the Clerk of the Court for the United States District Court for the Western District of Arkansas by using the Court's CM/ECF System.

4. Participants in this case who are registered CM/ECF users will be served by the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This 1st day of November, 2023.

        */s/ M. Alan Holcomb*
        M. Alan Holcomb