# EXHIBIT 2
# UNDER SEAL