# EXHIBIT 3
# UNDER SEAL