# EXHIBIT 4
# UNDER SEAL