# EXHIBIT 5
# UNDER SEAL