# EXHIBIT 9

# EXHIBIT 1

Case 5:23-cv-05188-FLBB Document 107-30 Filed 09/20/23 Page 1 of 3 PageID #: 2605

Gala Group Corporate Structure

