# EXHIBIT 10

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| ALEXIS LEAH FREEMAN GIBSON as Ancillary Personal Representative of the ESTATE OF WYATT GARY GIBSON, Deceased and ALL WRONGFUL DEATH BENEFICIARIES;<br><br>        Plaintiffs,<br><br>vs.<br><br>CONSUMER TESTING LABORATORIES, INC., UL VERIFICATION SERVICES, INC., EARTHBOUND LICENSING, LLC, EARTHBOUND LLC, EARTHBOUND PW LLC, ROBERT BURGESS d/b/a BURGESS GROUP a/k/a BOB BURGESS AND ASSOCIATES, MELISSA METCALFE, MANE USA, INC., GALA NORTH AMERICA, INC., and JOHN DOES 1-10,<br><br>        Defendants. | Case No. 5:23cv5118-TLB<br><br>Complaint Filed: July 12, 2023 |

## ROBERT BURGESS'S SUPPLEMENTAL INITIAL DISCLOSURES

Pursuant to Fed. R. Civ. P. 26(a), Robert Burgess d/b/a Burgess Group a/k/a Bob Burgess and Associates ("Burgess Group") makes the following Supplemental Initial Disclosures:

In making these disclosures, Burgess Group does not waive any privilege or protection pursuant to the attorney-client privilege, the attorney-work product doctrine, or any other applicable privilege, doctrine or immunity. Burgess Group reserves the right to further amend or supplement these initial disclosures as additional discovery, investigation, and analysis may warrant.

    **i.**    **The name, address, and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims**

or defenses, unless solely for impeachment, identifying the subjects of the information.

(l) Current and former employees of **Gala North America, Inc, Gala Group and/or Korona Candle, Inc.** However, the specific employees who may have knowledge are unknown at this time. Burgess Group reserves the right to identify specific employees as they become known via the discovery process.

The above people potentially have knowledge of the alleged accident and/or claimed injury.

      **ii.** **A copy of or a description by category and location of all documents, data compilations and tangible things that are in the possession, custody or control of the party and that the disclosing party may use to support its claims or defenses unless solely for impeachment.**

(a) **Contract between Korona Candle Inc. and Burgess Group, which is Bates-labeled as BG-WG-0128 through BG-WG-0136.**

(b) Emails and correspondences between the Burgess Group, **Gala North America, Inc, Gala Group and/or Korona Candle Inc**., and Walmart Inc. related to the request for proposal, bid process and preproduction approval for the subject product.

Burgess Group reserves the right to supplement additional documents that may be discovered by the Burgess Group to be used in support of the claims or defenses or determined for use at trial.

Respectfully Submitted,
**MITCHELL, WILLIAMS, SELIG,**
**GATES & WOODYARD, P.L.L.C.**
4206 South J.B. Hunt Drive, Ste. 200
Rogers, Arkansas 72758
Telephone: (479) 464-5670
smiller@mwlaw.com
jmcelroy@ mwlaw.com

By: ___/s/ *Jacob A. McElroy*_____
Stuart P. Miller (Ark Bar No. 88137)
Jacob A. McElroy (Ark Bar No. 2017242)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all parties of record in accordance with the Federal Rules of Civil Procedure on this 16th day of October, 2023:

/s/ *Jacob A. McElroy*_____
Jacob A. McElroy

3