# EXHIBIT 12
# UNDER SEAL