# EXHIBIT 13
# UNDER SEAL