# EXHIBIT 14
# UNDER SEAL