# EXHIBIT 15
# UNDER SEAL