# EXHIBIT 16

# UNDER SEAL