# EXHIBIT 17
# UNDER SEAL