# EXHIBIT 18
# UNDER SEAL