# EXHIBIT 19
# UNDER SEAL