# EXHIBIT 20
# UNDER SEAL