# EXHIBIT 21
# UNDER SEAL