# EXHIBIT 22
# UNDER SEAL