# EXHIBIT 23
# UNDER SEAL