# EXHIBIT 24
# UNDER SEAL