# EXHIBIT 25
# UNDER SEAL