# EXHIBIT 26

# UNDER SEAL