# EXHIBIT 27
# UNDER SEAL