# EXHIBIT 28

# UNDER SEAL