# EXHIBIT 29
# UNDER SEAL