# EXHIBIT 30
# UNDER SEAL