# EXHIBIT 31
# UNDER SEAL