IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ALEXIS LEAH FREEMAN GIBSON as
Ancillary Personal Representative of the
ESTATE OF WYATT GARY GIBSON,
Deceased and ALL WRONGFUL
DEATH BENEFICIARIES                                                    PLAINTIFF

V.                              CASE NO. 5:23-CV-05118

UL VERIFICATION SERVICES, INC.,
EARTHBOUND LICENSING, LLC,
EARTHBOUND, LLC, EARTHBOUND
PW LLC, ROBERT BURGESS d/b/a
BURGESS GROUP a/k/a BOB
BURGESS AND ASSOCIATES,
MANE USA, INC., GALA NORTH
AMERICA, INC., and JOHN DOES 1-10                                     DEFENDANTS

## ORDER

Before the Court is Plaintiff UL Verification Services, Inc.'s ("UL") Motion for Summary Judgement (Doc. 98), filed on October 9, 2023. UL also filed a Memorandum Brief in Support of its Motion (Doc. 99) and Statement of Facts (Doc. 100). On October 23, 2023 Plaintiff Alexis Leah Freeman Gibson filed a Notice stating that she does not opposed UL's Motion. Defendant's Motion is therefore **GRANTED** and Defendant UL is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 9th day of November, 2023.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE